IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:12-CR-243-ALM-KPJ |
| JEREMY WAYNE HELTON | § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on August 13, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Garland Cardwell. The Government was represented by Marisa Miller.

On November 21, 2013, Defendant was sentenced by the Honorable Marcia Crone, United States District Judge, to a sentence of ninety-two (92) months imprisonment followed by a four (4) year term of supervised release. On May 11, 2015, the term of imprisonment was reduced to seventy-seven (77) months. Defendant's supervision commenced on June 9, 2017.

On October 4, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 45). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; (2) Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer; and (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on August 28, 2019, Defendant was arrested in McKinney, Texas by Grayson County Sheriff's Department Narcotics Task Force for committing the offenses of Two Counts of Possession of a Controlled Substance, and Unlawful Possession of Firearm by a Felon; (2) upon the state releasing authority for federal prosecution, on September 11, 2019, Defendant was indicted in the United States District Court, Eastern District of Texas – Sherman Division; Docket # 4:19-cr-242; Defendant was indicted with codefendants Benjamin Reyes and Keenen Depetris, in violation of 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Possess with Intent to Manufacture and Distribute Methamphetamine; Benjamin Reyes is a convicted felon; and (3) on August 25, 2017, and October 10, 2017, Defendant failed to submit a urinalysis for random drug testing as instructed at Addiction Treatment Resources, McKinney, Texas; on October 22, 2017, and October 29, 2017, Defendant failed to report to Fletcher Counseling for an individual substance abuse counseling sessions as instructed.

At the hearing, Defendant entered a plea of true to allegations 1, 2, and 3. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the August 13, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty-three (33) months with no supervised release to follow. The Court recommends that the sentence run consecutively with the underlying sentence.

**So ORDERED and SIGNED this 17th day of August, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE